UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

SHAWN PATRICK SMITH,

       Defendant.

Case No. 2:24-CR-20562
Honorable Brandy R. McMillion

_____

## **MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

The United States of America, by and through the undersigned counsel, respectfully moves for leave to file a document under seal. The document at issue is an opposed motion for judicial inquiry into a possible conflict of interest on the part of counsel for the defendant. That motion and its appendices contain sensitive details about a potential ethical issue on the part of defense counsel. A Proposed Order will be submitted via the ECF utility.

Defense counsel has not yet responded to a request for its position regarding this motion for leave to file the document under seal.

Dated: January 8, 2025

        Respectfully submitted,

        David A. Hubbert
        Deputy Assistant Attorney General
        Department of Justice, Tax Division

        By: /s/ Jeffrey A. McLellan
        JEFFREY A. MCLELLAN
        Trial Attorney
        U.S. Department of Justice, Tax Division
        P.O. Box 972
        Washington, DC 20044
        Telephone: (202) 514-5181
        Jeffrey.A.McLellan@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will notify counsel of record.

      /s/ Jeffrey A. McLellan
      JEFFREY A. MCLELLAN
      Trial Attorney, Tax Division
      U.S. Department of Justice